May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MEGA BUILDERS, INC. D/B/A MEGA & ASSOCIATES, Appellant

NO. 14-14-00744-CV                           V.

PARAMOUNT STORES, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Paramount Stores, Inc., signed August 24, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mega Builders, Inc. d/b/a Mega & Associates, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.